377 A.2d 991

Commonwealth of Pennsylvania, Department of Public Assistance ex rel. Mordan, Appellant, v. Mordan.

Argued June 21, 1977. Marvin D. Weintraub, with him H. Allen Litt, for appellant; John H. Hines, with him Alan B. Portnoff, for appellee.

Order affirmed.

377 A.2d 991

Commonwealth ex rel. Bauer v. Bauer, Appellant.

Argued June 17, 1977. M. Becci, with him Thomas O. Malcolm, for appellant; C. Richard Morton, submitted a brief for appellee.

OPINION PER CURIAM: The order of the court below of January 4, 1977, dismissing appellant's petition for termination of support is vacated. The case is remanded to the court below for an evidentiary hearing.

JACOBS, CERCONE, and SPAETH, JJ., dissent.